Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Patricia Ames*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Ames,<br><br>           Plaintiff,<br><br>     v.<br><br>The Standard Insurance Company; Midwestern University; Midwestern University Group Long Term Disability Insurance Plan,<br><br>           Defendants. | Case No.  2:15-CV-01387-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NAMED DEFENDANTS ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, only the named Defendants Midwestern University and Midwestern University Group Long Term Disability Insurance Plan in the above referenced matter.

Plaintiff advises the Court that the Complaint in this matter was filed on July 22, 2015.  The Midwestern University Defendants have not Answered or otherwise responded to the complaint.

RESPECTFULLY REQUESTED this 8th day of September, 2015.

SCOTT E. DAVIS, P.C.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Todd D. Erb, Esq.
Lewis Roca Rothgerber, LLP
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004-2595

By: *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.