**Lewis Roca Rothgerber LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Ann-Martha Andrews** (State Bar No. 012616)
Direct Dial: 602.262.5707
Direct Fax: 602.734.3764
E-mail:     aandrews@lrrlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Ames,<br><br>                    Plaintiff,<br><br>     vs.<br><br>The Standard Insurance Company; Midwestern University; Midwestern University Group Long Term Disability Insurance Plan,<br><br>                    Defendants. | No. 2:15-cv-01387 DLR<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice they have settled their dispute. The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

DATED this 9th day of November, 2015.

LEWIS ROCA ROTHGERBER LLP


By: */s/Ann-Martha Andrews*
     Ann-Martha Andrews
Attorneys for Defendant

6914622_1

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Scott E. Davis
> Scott E. Davis, P.C.
> 8360 E. Raintree Dr., Suite3 140
> Scottsdale, AZ 85270
> *Attorney for Plaintiff*

> */s/ Carole Hanger*
> LEWIS ROCA ROTHGERBER LLP