**Lewis Roca Rothgerber LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Ann-Martha Andrews** (State Bar No. 012616)
Direct Dial: 602.262.5707
Direct Fax: 602.734.3764
E-mail: AAndrews@LRRLaw.com
**Todd D. Erb** (State Bar No. 027122)
Direct Dial: 602.262.5726
Direct Fax: 602.734.3933
E-mail: TErb@LRRLaw.com

Attorneys for Defendant  The Standard Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Ames,<br><br>          Plaintiff,<br><br>vs.<br><br>The Standard Insurance Company; Midwestern University; Midwestern University Group Long Term Disability Insurance Plan,<br><br>          Defendants. | No. 2:15-cv-01387-DLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

      A proposed form of Order is attached.

      DATED this 9th day of December, 2015.

| | |
|---|---|
| SCOTT E. DAVIS, P.C. | LEWIS ROCA ROTHGERBER, LLP |
| By: */s/ Scott E. Davis*<br>     Scott E. Davis<br>*Attorneys for Plaintiff* | By: */s/Ann-Martha Andrews*<br>     Ann-Martha Andrews<br>*Attorneys for Defendant The Standard Insurance Company* |

7099572_1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Scott E. Davis
>Scott E. Davis, P.C.
>8360 E. Raintree Dr., Suite3 140
>Scottsdale, AZ 85270
>davis@scottdavispc.com
>*Attorney for Plaintiff*

>*/s/ E. Vega*
>LEWIS ROCA ROTHGERBER LLP

2

7099572_1