1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9   | Patricia Ames,                        | No. CV-15-01387-PHX-DLR |

10  |                     Plaintiff,         | **ORDER**               |

11  | v.                                     |                         |

12  | Standard Insurance Company, et al.,    |                         |

13  |                     Defendants.        |                         |

14

15

16        The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice,

17   (Doc. 29), and good cause appearing,

18        **IT IS ORDERED** the above-captioned action is dismissed with prejudice.  Each

19   party will bear its own attorneys' fees and costs.

20        Dated this 14th day of December, 2015.

21

22

23

24   _____
      Douglas L. Rayes

25      United States District Judge

26

27

28